# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

VIVIAN L. BROOKS,

            **Plaintiff,**

            v.                        Civil No. 07-1193-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

            **Defendant.**

## JUDGMENT

    This action is reversed and remanded for further administrative proceedings pursuant to the Court's Opinion and Order, filed August 26, 2008.

    Dated: August __26__, 2008.

                                            /s/ Ann Aiken
                                     **United States District Judge**

**JUDGMENT**                                          **DOCUMENT NO:** _____